UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 20-1954 KWR  **DATE:** July 14, 2022

**TITLE:** *USA v. Peter Garcia*

**COURTROOM CLERK:** C. Bevel  **COURT REPORTER:** Danna Schutte Everett

**COURT IN SESSION:** 8:58am-9:01am  **TOTAL TIME:** 3 minutes

**TYPE OF PROCEEDING:** Status Conference

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**  **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Samuel Hurtado  Joe Romero

**PROCEEDINGS:**

8:58am   Court in session, counsel enter appearances, defendant present in custody.

9:00am   Mr. Romero addresses Court, has met with defendant, defendant is ready to do the PSR Interview with USPO and get the matter set for sentencing.

9:00am   USPO Jon-Paul Barabe can interview defendant today and proceed to interview defendant and provide the update by way of an addendum.

9:01am   Court will continue sentencing and set it for September 7, 2022 at 10:30 am.

9:01am   Court in recess.