# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## CLERK'S MINUTES
## BEFORE THE HONORABLE KEA W. RIGGS

**CASE NO.:** 1:20-cr-01954-KWR-1　　　　**DATE:** Wednesday, September 7, 2022

**TITLE:** USA v. Peter Garcia

**COURTROOM DEPUTY/ JUDICIAL ASSISTANT:** V. Espinoza　　　　**COURT REPORTER:** D. Schutte Everett

**COURT IN SESSION:** 10:28 a.m.-10:32 a.m.　　　　**TOTAL TIME:** 4 minutes

**TYPE OF PROCEEDINGS:** Sentencing Hearing

**COURT RULING:** Court continued sentencing hearing and will reset hearing at a later date.

**ATTORNEYS FOR PLAINTIFF(S):**
Paul H. Spiers, AUSA

**ATTORNEYS FOR DEFENDANT(S):**
Joe M. Romero, Jr., Esq.

**PROCEEDINGS:**

**10:28 a.m.** Court in session. Counsel entered their appearances for the record. Paul H. Spiers substituting for Eva Fontanez on behalf of Government/USA. Joe M. Romero, Jr. on behalf of Defendant, Peter Garcia. Defendant, Peter Garcia present and in custody.

**10:30 a.m.** Mr. Romero addressed the Court and advised that Defendant had three (3) character letters he wanted to present to the Court but which were taken from him during his time in custody. Mr. Romero made an oral motion to continue the sentencing hearing to allow Mr. Garcia time to obtain copies of those letters.

**10:31 a.m.** Mr. Spiers addressed the Court and did not object to continuance. The Court will grant Defendant's oral motion for continuance and reset the sentencing hearing during the latter part of September.

**10:32 a.m.** Court in recess.